George RIACH, Plaintiff–Appellant,

v.

MANHATTAN DESIGN STUDIO
and Aspex Eyewear, Inc.,
Defendants–Appellees,

and

Revolution Eyewear, Inc.,
Defendant–Appellee,

and

Ira Lerner, Defendant–Appellee.

No. 02–1176.

United States Court of Appeals,
Federal Circuit.

April 24, 2002.

*ORDER*

Upon consideration of George Riach's unopposed motion to voluntarily dismiss his appeals,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All parties shall bear their own costs.